# United States Court of Appeals
## For the First Circuit

No. 14-1444

UNITED STATES OF AMERICA,

Appellee,

v.

MELVIN HERNÁNDEZ-MALDONADO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on July 17, 2015, is amended as follows:

On page 5, line 11, "to" is inserted between "according" and "the".

On page 6, line 6, a hyphen is inserted between "120" and "month".

On page 8, line 20, "to" is inserted between "but" and "those".